PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Kayla Nicole Hoskins                Docket No. 5:18-CR-51-2D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Kayla Nicole Hoskins, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 2nd day of March, 2018.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant was released on the condition of curfew with location monitoring on March 2, 2018. On March 5, 2018, the defendant admitted to using heroin when she arrived home on the day she was released, which was March 2, 2018. It is recommended that the defendant's pretrial conditions be modified to include a program of home incarceration with location monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision. Furthermore, the defendant's attorney and the Assistant United States Attorney were contacted and they have no objection to the modification.

**PRAYING THAT THE COURT WILL ORDER** that the pretrial release conditions be modified to include:

- The defendant must abide by all conditions and terms of the home incarceration program. The defendant must be restricted to her residence at all times except for medical needs or treatment, and court appearances pre-approved by the probation officer. The defendant must submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Reviewed and approved,               I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                /s/ Corey Rich
Eddie J. Smith                Corey Rich
Supervising U.S. Probation Officer        U.S. Probation Officer
                                               150 Rowan Street Suite 110
                                               Fayetteville, NC 28301
                                               Phone: 910-354-2540
                                               Executed On: March 7, 2018

Kayla Nicole Hoskins
Docket No. 5:18-CR-51-2D
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered the 7 day of March, 2018, and ordered filed and made part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge