UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-51-D-2

UNITED STATES OF AMERICA, )
Plaintiff, )
    vs. ) ORDER TO SEAL
)
KAYLA NICOLE HOSKINS, )
Defendant. )

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Motion (D.E. 92) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the **29** day of **January**, 2019.

                                          JAMES C. DEVER, III
                                          UNITED STATES DISTRICT JUDGE
                                          EASTERN DISTRICT OF NORTH CAROLINA