IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-51-D

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| KAYLA NICOLE HOSKINS, | ) |
| | ) |
| Defendant. | ) |

On March 22, 2021, defendant (through counsel) moved to strike the pro se motion for compassionate release [D.E. 147]. For good cause shown, defendant's motion to strike [D.E. 150] is GRANTED, and her pro se motion for compassionate release [D.E. 147] is struck.

SO ORDERED. This 22 day of March 2021.

JAMES C. DEVER III
United States District Judge